## FEBRUARY 17, 1995

No. A–597. BOARD OF TRUSTEES OF THE GALVESTON WHARVES *v.* PIRES ET AL. Sup. Ct. N. Y., County of New York. Application for injunction, presented to JUSTICE GINSBURG, and by her referred to the Court, denied.

## FEBRUARY 20, 1995

No. A–617. HAWKINS *v.* TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

## FEBRUARY 21, 1995

No. 93–1728. O'DRISCOLL *v.* HERCULES, INC., ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKennon* v. *Nashville Banner Publishing Co., ante,* p. 352.

No. 94–1097. HARRIS *v.* HIRSH. Ct. App. N. Y. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hawaiian Airlines, Inc.* v. *Norris,* 512 U. S. 246 (1994).

No. 94–6155. WHITMORE *v.* AVERY, SUPERINTENDENT, COMMUNITY CORRECTIONS CENTER. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schlup* v. *Delo, ante,* p. 298.

No. 94–7373. NAVE *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schlup* v. *Delo, ante,* p. 298.